UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THE PARADIES SHOPS, LLC**  CIVIL ACTION

**VERSUS**  NO. 20-1278
c/w NO. 20-3260

**BROTHERS PETROLEUM, LLC**  SECTION "B"(3)

ORDER AND REASONS

Considering plaintiff The Paradies Shops, LLC's ("Paradies") "Motion to Vacate Arbitration Award" (Rec. Doc. 75), defendant Brothers Petroleum, LLC's ("Brothers") "Motion to Confirm Arbitration Award" (Rec. Doc. 68), along with other various matters during the March 17, 2021 video hearing, and for oral reasons given at same,

**IT IS ORDERED** that Paradies' motion to vacate arbitration award (Rec. Doc. 75) is **DENIED**;

**IT IS FURTHER ORDERED** that Brothers' motion to confirm arbitration award (Rec. Doc. 68) is **GRANTED IN PART** and **DENIED IN PART** relative to specific performance because of the more practicable relief afforded in awarding monetary damages;

**IT IS FURTHER ORDERED** that Brothers' pending motion to dismiss for failure to state a claim (Rec. Doc. 90) and motion for partial summary judgment (Rec. Doc. 91) are **DISMISSED AS MOOT**;

**IT IS FURTHER ORDERED** that after an opportunity for review by Paradies' counsel, Brothers' counsel shall propose a form judgment based on the oral reasons rendered today **no later than Friday, March 19, 2021**.

New Orleans, Louisiana this 17th day of March 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE